IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> LIBYAN INVESTMENT AUTHORITY, *et al.*, <br><br> Defendants. | Case No. 3:11-CV-1177-N |

---

**NOTICE OF APPEAL**

---

Ralph S. Janvey, in his capacity as court-appointed receiver for Stanford Group Company and Stanford International Bank, Ltd., *et al.* ("the Receiver"), files this notice of appeal and shows the following:

1. The party taking this appeal is the Receiver.

2. The Order being appealed is the Order [Doc. 191] and Final Judgment [Doc. 192] signed on May 12, 2015, which *inter alia* granted in part the Defendants' motion to dismiss the Receiver's suit against the Libyan Investment Authority for lack of subject matter jurisdiction [Doc. 136].

3. The appeal is taken to the United States Court of Appeals for the Fifth Circuit.

Dated: June 8, 2015

    Respectfully submitted,

**BAKER BOTTS L.L.P.**
By: */s/ Kevin M. Sadler*
Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Scott D. Powers
Texas Bar No. 24027746
scott.powers@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, Texas 78701-4039
(512) 322-2500
(512) 322-2501 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

### CERTIFICATE OF SERVICE

On June 8, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

    /s/ Kevin M. Sadler
    Kevin M. Sadler